# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ervin Lavander Streater,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-600

Pat Robinson; J.R. Rowell;
Scott Stermen; Eddie Cathey,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

                                              Signed: December 20, 2011

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court